WR-83,345-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/22/2015 3:17:22 PM
Accepted 5/27/2015 2:39:27 PM
ABEL ACOSTA
CLERK

IN THE COURT OF CRIMINAL APPEALS

IN RE §        CASE NO. _____
DAVID CARRILLO §

RECEIVED
COURT OF CRIMINAL APPEALS
5/27/2015
ABEL ACOSTA, CLERK

## MOTION FOR LEAVE TO FILE PETITION FOR WRIT OF MANDAMUS

Respondent is the Lubbock County Criminal District Attorney's Office (DA) along with any person or entity under contract with the DA.

Defendant/Relator seeks relief in the instant case from Respondent's failure to perform a ministerial duty, to wit: Respondent has failed to produce discoverable evidence pursuant to the statutory dictates of Article 39.14 of the Texas Code of Criminal Procedure. Defendant/Relator requested discovery. Respondent refused to provide such until after indictment issues. Respondent's position is contrary to both the plain meaning and legislative intent behind Article 39.14(a).

The act or acts Defendant/Relator seeks to compel of Respondent are ministerial rather than discretionary.

Defendant/Relator has no other adequate remedy at law to compel Respondent to grant the above request.

WHEREFORE, PREMISES CONSIDERED Defendant/Relator's right to discovery under Article 39.14 has been denied, and Defendant/Relator is entitled to a writ of mandamus to compel the Respondent to immediately comply with statutory dictates of Article 39.14.

Respectfully submitted,

Law Office of Allison Clayton
P.O. Box 64752
Lubbock, Texas 79464-4752
Phone No.: (806) 773-6889
Fax No.: (888) 688-4515

By: _____
Allison Clayton
State Bar No. 49059587
Allison@AllisonClaytonLaw.com


CHAPPELL, LANEHART & STANGL, P.C.
1217 Avenue K
Lubbock, Texas 79401-4025
Phone No.: (806) 765-7370
Fax. No.: (806) 765-8150

By: _____
Chuck Lanehart
State Bar Number 11891400


## CERTIFICATE OF SERVICE

I certify that on May 23, 2015, a copy of this brief was served on opposing counsel, Jeffrey S. Ford of the Lubbock County Criminal District Attorney's Office via electronic mail.

_____
Allison Clayton